Report Date: September 7, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE<br>
U.S. DISTRICT COURT<br>
EASTERN DISTRICT OF WASHINGTON<br>
<br>
9/7/17<br>
<br>
SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jackson Daniel Bowers    Case Number: 0980 2:15CR00065-TOR-2

Address of Offender:        Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 29, 2016

Original Offense:    Attempted Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Oxycodone, 21 U.S.C. § 841(a)(1), (b)(1)(C) and 21 U.S.C. § 846

Original Sentence:   Prison - 366 days          Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: Caitlin A. Baunsgard      Date Supervision Commenced: March 31, 2017

Defense Attorney:    Federal Defender's Office  Date Supervision Expires: March 30, 2020

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: On April 4, 2017, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must report as directed by the Court or his U.S. probation officer per standard condition number 6. |
| | Jackson Bowers violated the terms of his supervised release by failing to report as directed on September 1, 2017. |
| | The undersigned officer attempted to call and text the offender on his cellular phone, with no answer. A voice message was left on the offender's cell phone by the undersigned officer requesting a return call. Due to no contact by the offender, the undersigned officer attempted to make contact at his listed residence on August 23, 2017. The undersigned officer spoke with Theresa Happy, Mr. Bower's mother. She stated that she had not seen or heard from the offender in over 1 week. |

On August 28, 2017, the undersigned officer sent a letter to the offender's listed residence directing him to report to the U.S. Probation Office on September 1, 2017. Mr. Bowers failed to report as directed.

On September 5, 2017, the undersigned officer again spoke with the offender's mother, Theresa Happy. She stated that she has not seen or heard from the offender since the undersigned last spoke to her on August 23, 2017. She stated that he is not returning any of her calls and she did not know his whereabouts.

Mr. Bowers has failed to report to the U.S. Probation Office on September 1, 2017, as instructed. Mr. Bowers current whereabouts are unknown to the U.S. Probation Office.

2   **Standard Condition # 9**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Supporting Evidence**: On April 4, 2017, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must notify his probation officer at least 10 calendar days before the change, or with 72 hours of becoming aware of the change or expected change per standard condition number 9.

Jackson Bowers violated the terms of his supervised release by failing to report a change of address since on or about August 23, 2017.

The undersigned officer attempted to make contact with Mr. Bowers at his listed residence on August 23, 2017. The undersigned officer spoke with Theresa Happy, Mr. Bower's mother. She stated that she had not seen or heard from the offender in over 1 week.

On September 5, 2017, the undersigned officer again spoke with the offender's mother, Theresa Happy. She stated that she has not seen or heard from the offender since the undersigned spoke to her on August 23, 2017. She stated that he is not returning any of her calls and she did not know his whereabouts.

As of the date of this petition, Mr. Bowers has failed to notify U.S. Probation of any change in residence.

3   **Special Condition # 18**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On April 4, 2017, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must report as directed for urinalysis testing in order to confirm abstinence from illegal controlled substances, per special condition number 18.

Prob12C
**Re: Bowers, Jackson Daniel**
**September 7, 2017**
**Page 3**

> Jackson Bowers violated the terms of his supervised release by failing to report for urinalysis testing on August 4, and 16, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/07/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

September 7, 2017
Date