PROB 12C
(6/16)

Report Date: July 26, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 26, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jackson Daniel Bowers         Case Number: 0980 2:15CR00065-TOR-2

Address of Offender: ▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: November 29, 2016

Original Offense:    Attempted Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Oxycodone, 21 U.S.C. § 841(a)(1), (b)(1)(C) and 21 U.S.C. § 846

Original Sentence:    Prison - 366 days          Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation Sentence:    Prison - 2 months
(11/08/2017)            TSR - 34 months

Asst. U.S. Attorney:    Caitlin A. Baunsgard       Date Supervision Commenced: December 22, 2017

Defense Attorney:    Federal Defender's Office     Date Supervision Expires: October 21, 2020

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition #2** : After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**:  On December 27, 2017, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court.  Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must report as directed by the Court or his U.S. probation officer per standard condition number 2.

Jackson Bowers violated the terms of his supervised release by failing to report as directed on July 10, 2018.

Prob12C
**Re: Bowers, Jackson Daniel**
**July 26, 2018**
**Page 2**

On July 10, 2018, Mr. Bowers was directed to report to the office to provide a urine sample as he had failed to report to the vendor site on July 9, 2018. Mr. Bowers failed to report as directed and did not respond to the undersigned officer's voice message and text message inquiring about the failure to report.

2   **Standard Condition # 12**: If this judgment imposes restitution, a fine, or special assessment, it is a condition of supervised release that you pay in accordance with the schedule of payments sheet of his judgment. You shall notify the probation officer of any material change in your economic circumstances that might affect your ability to pay any unpaid amount of restitution, fine or special assessments.

On December 27, 2017, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must pay a minimum of $25 per month toward his restitution.

Mr. Jackson has failed to make any payments toward his restitution since January 10, 2018.

3   **Special Condition # 5**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On December 27, 2017, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must report as directed for urinalysis testing and abstain from the use of illegal controlled substances.

Jackson Bowers violated the terms of his supervised release by failing to report for urinalysis testing on June 7, 29, and July 9, 2018.

Jackson Bowers consumed a controlled substance, heroin, on June 30, 2018, and morphine on or about July 24, 2018.

On July 2, 2018, Mr. Bowers reported as directed to the undersigned officer after failing to report to the vendor site on June 29, 2018, for his urine test. At that time, Mr. Bowers admitted to the undersigned officer he had consumed heroin on June 30, 2018. He signed a drug use admission form admitting to the violation.

On July 24, 2018, Mr. Bowers reported to the vendor site to provide a random urine test. The sample tested positive for morphine. At that time, Mr. Bowers admitted to consuming the controlled substance and signed a drug use admission form admitting to the violation.

The U.S. Probation Office respectfully recommends the Court issue a **summons** for the offender to appear to answer the allegations contained in this petition.

Prob12C
**Re: Bowers, Jackson Daniel**
**July 26, 2018**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  07/26/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Thomas O. Rice*

Signature of Judicial Officer

July 26, 2018

Date

X