# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2018

SEAN F. MCAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jackson Daniel Bowers | Case Number: 0980 2:15CR00065-WFN-2 |

Address of Offender:                    , Spokane Valley, Washington 99206

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

| | |
|---|---|
| Date of Original Sentence: November 29, 2016 | Date of Revocation Sentence: November 8, 2017 |
| | Date of Revocation Sentence: August 29, 2018 |

| | | |
|---|---|---|
| Original Offense: | Attempted Possession with Intent to Distribute a Mixture or Substance Containing a Detectable Amount of Oxycodone, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846 | |
| Original Sentence: | Prison - 366 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (11/8/17): | Prison - 2 months; TSR - 34 months | |
| Revocation Sentence: (8/29/18) | Prison - 2 months; TSR - 32 months | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: October 1, 2018 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: May 31, 2021 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: On November 21, 2018, the undersigned officer conducted a search of Mr. Bowers' residence. During the search, the undersigned located Suboxone, heroin, and Carisoprodol, a schedule IV controlled substance. Both the Suboxene and Carisoprodol were obtained without a valid prescription. |

        On October 3, 2018, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must not commit another federal, state or local crime.

2      **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

        **Supporting Evidence**: On November 15 and 16, 2018, Jackson Bowers provided urine specimens that yielded initial positive findings for morphine. Mr. Bowers signed an admission of drug use form on November 15 and 16, 2018, admitting to illegally consuming morphine.

        On October 3, 2018, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he must refrain from any unlawful use of a controlled substance.

3      **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

        **Supporting Evidence:** On November 21, 2018, the undersigned conducted a search of Mr. Bowers' residence. During the search, one shotgun and a rifle were located in the residence.

        On October 3, 2018, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he is prohibited from possessing a firearm, or any dangerous weapon, pursuant to standard condition #10.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2018

s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS
[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

____November 21, 2018____
Date