PROB 12C
(6/16)

Report Date: November 21, 2018

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 26 2018

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jackson Daniel Bowers    Case Number: 0980 2:15CR00065-WFN-2

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: November 29, 2016    Date of Revocation Sentence: November 8, 2017
                                                Date of Revocation Sentence: August 29, 2018

Original Offense:     Attempted Possession with Intent to Distribute a Mixture or Substance Containing a
                      Detectable Amount of Oxycodone, 21 U.S.C. §§ 841(a)(1), (b)(1)(C) and 846

Original Sentence:    Prison - 366 days;              Type of Supervision: Supervised Release
                      TSR - 36 months

Revocation
Sentence: (11/8/17)   Prison - 2 months;
                      TSR - 34 months

Revocation
Sentence: (8/29/18)   Prison - 2 months;
                      TSR - 32 months

Asst. U.S. Attorney:  James Goeke               Date Supervision Commenced: October 1, 2018

Defense Attorney:     Roger Peven               Date Supervision Expires: May 31, 2021

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/21/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Standard Condition #10:** You must not own, possess, or have access to a firearm, ammunition, destructive, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers). |

**Supporting Evidence:** On November 21, 2018, the undersigned conducted a search of Mr. Bowers' residence. In addition to the firearms noted in the previous petition submitted on November 21, 2018, a .40 caliber Glock handgun with a laser sight, a .380 Walther handgun, a Remington 870 tactical type shotgun, a Rock River AR 15 rifle with four separate high capacity magazines, two .22 riffles, and multiple boxes of assorted ammunition were located.

On October 3, 2018, Jackson Bowers signed his judgment for case number 2:15CR00065-TOR-2, indicating he understood all conditions ordered by the Court. Specifically, Mr. Bowers was made aware by his U.S. probation officer that he is prohibited from possessing a firearm, ammunition, or any dangerous weapon, pursuant to standard condition #10.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 21, 2018

s/Richard Law

Richard Law
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

11/26/18
Date